J. JONES, J.,
specially concurring.
I concur in the Court’s opinion, particularly the Court’s statement of the law. My concern relates to the substance of Bushi’s claim for breach of fiduciary duty. In my estimation, Bushi barely cleared the hurdle for surviving summary judgment. The record contained a bare minimum of facts to back up Bushi’s assertion that the other members of Sage took the action they did in order to obtain improper gains at his expense. It is somewhat difficult to overlook the fact that Bushi improperly took advantage of the company’s line of credit for his personal benefit. On the other hand, Sage did not assign major importance to this fact as a ground for dissociating Bushi until well after the dissociation. In any event, I agree that there was just enough in the record to allow him to survive summary judgment, leaving it to the trier of fact to sort out these matters.